IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER |
| Plaintiff, | |
| v. | 22-cr-32-wmc-1 |
| ALEXANDER JEFFERSON-COOPER, | |
| Defendant. | |

---

On January 20, 2023, defendant Alexander Jefferson-Cooper was sentenced to 60 months imprisonment. On December 18, 2023, defendant filed a motion requesting a copy of his sentencing transcript. However, defendant does not explain why he needs this document. He did not file a notice of appeal from the judgment of conviction, his time to do so has expired, and he has no other pending actions relating to his criminal case. Defendant does not have an unfettered constitutional right to free transcripts and court records. *See United States v. MacCollom*, 426 U.S. 317 (1976). Even if he intends to pursue postconviction relief, he would be entitled to a free transcript only upon his filing of a non-frivolous motion. 28 U.S.C. § 753(f). Accordingly, his motion for a free copy of the transcript will be denied.

ORDER

IT IS ORDERED that defendant Alexander Jefferson-Cooper's motion for a free copy of his sentencing transcript (dkt. #105) is DENIED. For his convenience, the clerk's office will provide Jefferson-Cooper with a copy of the docket sheet in this case along with instructions on how to order a copy of the transcript for purchase.

Entered this 19th day of December, 2023.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge